| | |
|---|---|
| LUMBERMAN'S UNDERWRITING ALLIANCE,<br><br>      Plaintiff,<br><br>      v.<br><br>PATRICK J. FLEMING, NORTIM CORPORATION and NORTIM PLUS CORPORATION,<br><br>      Defendants. | IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA<br><br>Civil Action No. 00-CV-1444<br><br>(Related to C.A. No. 94-CV-1169) |

## WRIT OF REVIVAL

To:    Patrick D. Fleming
         Nortim Corporation
         Nortim Plus Corporation, Jointly and Severally

      1.     You are notified that the Plaintiff has commenced a proceeding to revive and continue the lien of the judgment originally entered on September 28, 1995 at Civil Action No. 94-CV-1169 and revived at Civil Action No. 00-CV-1444.

      2.     The Plaintiff claims that the amount due and unpaid is $37,220.47, with interest from September 28, 1995, plus costs against Patrick J. Fleming, Nortim Corporation and Nortim Plus Corporation, jointly and severally.

      3.     You are required within twenty (20) days after service of this writ to file an answer or otherwise plead to this writ. If you fail to do so, judgment of revival in the amount claimed by Plaintiff may be entered against you without a hearing and you may lose your property or other important rights.

      YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE OR KNOW A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

{J0916132.1}

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

ALLEGHENY COUNTY BAR ASSOCIATION
414 GRANT STREET, 9th FLOOR, ROOM 920
PITTSBURGH, PENNSYLVANIA 15219
(412) 261-0518

Robert V. Barth, Jr.
Clerk of Courts

Date: 7/26/05

Returnable: 10/24/05

By:_____
(Deputy Clerk)

{J0916132.1}