IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUMBERMAN'S UNDERWRITING ALLIANCE, | )<br>)<br>)<br>) |
| Plaintiff, | ) Civil Action No. 00-CV-1444<br>) |
| v. | ) (Related to C.A. No. 94-CV-1169)<br>) |
| PATRICK J. FLEMING, NORTIM CORPORATION and NORTIM PLUS CORPORATION, | )<br>)<br>)<br>) |
| Defendants. | ) |

### PRAECIPE FOR WRIT OF REVIVAL OF LIEN OF JUDGMENT

TO:   The Clerk of Court

Please issue a Writ of Revival of Lien of Judgment for the lien of judgment originally entered on September 28, 1995 in the United States District Court for the Western District of Pennsylvania at Civil Action No. 94-CV-1169 and revived at Civil Action No. 00-CV-1444 and enter it in the Judgment Index against Defendants Patrick J. Fleming, Nortim Corporation and Nortim Plus Corporation, jointly and severally, in the amount of Two Thousand and 00/100 Dollars ($2,000.00), with interest from September 28, 1995, plus costs.

Kindly mark the docket accordingly.

{J0916254.1}

                ECKERT SEAMANS CHERIN & MELLOTT, LLC

By: _____
      James H. Norris, Esquire
      PA. I.D. # 28348
      44th Floor, 600 Grant Street
      Pittsburgh, PA 15219
      (412) 566-6000

      Attorneys for Plaintiff

Dated: July 26, 2005

{J0916254.1}