IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUMBERMAN'S UNDERWRITING ALLIANCE, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 00-CV-1444 |
| v. | ) ) | (Related to C.A. No. 94-CV-1169) |
| PATRICK J. FLEMING, NORTIM CORPORATION and NORTIM PLUS CORPORATION, | ) ) ) ) ) | |
| Defendants. | ) | |

### PRAECIPE FOR WRIT OF REVIVAL OF LIEN OF JUDGMENT

TO:   The Clerk of Court

Please issue a Writ of Revival of Lien of Judgment for the lien of judgment originally entered on October 10, 1995 in the United States District Court for the Western District of Pennsylvania at Civil Action No. 94-CV-1169 and revived at Civil Action No. 00-CV-1444 and enter it in the Judgment Index against Defendants Patrick J. Fleming, Nortim Corporation and Nortim Plus Corporation, jointly and severally, in the amount of Ninety-Eight Thousand Four Hundred Seventeen and 06/100 Dollars ($98,417.06), with interest from October 10, 1995, plus costs.

Kindly mark the docket accordingly.

{J0916096.1}

          ECKERT SEAMANS CHERIN & MELLOTT, LLC

By: _____
    James H. Norris, Esquire
    PA. I.D. # 28348
    44th Floor, 600 Grant Street
    Pittsburgh, PA 15219
    (412) 566-6000

Attorneys for Plaintiff

Dated: July 26, 2005

{J0916096.1}