IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUMBERMAN'S UNDERWRITING ALLIANCE,<br><br>      Plaintiff,<br><br>v.<br><br>PATRICK J. FLEMING, NORTIM CORPORATION and NORTIM PLUS CORPORATION,<br><br>      Defendants. | Civil Action No. 00-CV-1444<br><br>(Related to C.A. No. 94-CV-1169) |

## PRAECIPE FOR WRIT OF REVIVAL OF LIEN OF JUDGMENT

TO:   The Clerk of Court

Please issue a Writ of Revival of Lien of Judgment for the lien of judgment originally entered on November 22, 1995 in the United States District Court for the Western District of Pennsylvania at Civil Action No. 94-CV-1169 and revived at Civil Action No. 00-CV-1444 and enter it in the Judgment Index against Defendant Patrick J. Fleming in the amount of Nine Hundred Fifty-Seven Thousand Three Hundred Forty-Eight and 48/100 Dollars ($957,348.48), with interest from November 22, 1995, plus costs.

      Kindly mark the docket accordingly.

{J0916256.1}

ECKERT SEAMANS CHERIN & MELLOTT, LLC

By: _____
James H. Norris, Esquire
PA. I.D. # 28348
44th Floor, 600 Grant Street
Pittsburgh, PA 15219
(412) 566-6000

Attorneys for Plaintiff

Dated: July 26, 2005

{J0916256.1}