| | |
|---|---|
| LUMBERMAN'S UNDERWRITING ALLIANCE,<br><br>   Plaintiff,<br><br>   v.<br><br>PATRICK J. FLEMING, NORTIM CORPORATION and NORTIM PLUS CORPORATION,<br><br>   Defendants. | IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA<br><br>Civil Action No. 00-CV-1444<br><br>(Related to C.A. No. 94-CV-1169) |

## ORDER OF COURT

TO: The Clerk of Court

You are hereby ordered to amend the Writs of Revival individually issued on July 26, 2005 in the amounts of $98,417.06; $957,348.48; $2,000.00; $37,220.47 and $41,772.70 referencing Patrick D. Fleming to reflect the correct middle initial of Patrick Fleming to Patrick J. Fleming, *Nunc Pro Tunc* to July 26, 2005.

                    _____ J.
                      Donetta W. Ambrose

Dated:_____

{J0928929.1}