| | |
|---|---|
| LUMBERMAN'S UNDERWRITING ALLIANCE, | IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA |
| Plaintiff, | |
| v. | Civil Action No. 00-CV-1444 |
| PATRICK J. FLEMING, NORTIM CORPORATION and NORTIM PLUS CORPORATION, | (Related to C.A. No. 94-CV-1169) |
| Defendants. | |

## ORDER OF COURT

TO:   The Clerk of Court

You are hereby ordered to amend the Writs of Revival individually issued on July 26, 2005 in the amounts of $98,417.06; $957,348.48; $2,000.00; $37,220.47 and $41,772.70 referencing Patrick D. Fleming to reflect the correct middle initial of Patrick Fleming to Patrick J. Fleming, *Nunc Pro Tunc* to July 26, 2005.

_____, J.
Donetta W. Ambrose

Dated: 9-16-05

{J0928929.1}