| | |
|---|---|
| LUMBERMAN'S UNDERWRITING ALLIANCE, | IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA |
| Plaintiff, | |
| v. | Civil Action No. 00-CV-1444 |
| PATRICK J. FLEMING, NORTIM CORPORATION and NORTIM PLUS CORPORATION, | (Related to C.A. No. 94-CV-1169) |
| Defendants. | |

### AFFIDAVIT OF RETURN OF SERVICE OF WRIT OF REVIVAL

STATE OF PENNSYLVANIA   )
                        )  SS:
COUNTY OF ALLEGHENY     )

Before me, the undersigned authority, a Notary Public, in and for said county and state personally appeared James H. Norris, Esquire, being duly sworn according to law, deposes and says that to the best of his knowledge, information and belief, the Defendant, Patrick J. Fleming, was served with a copy of the attached Writ of Revival in the amount of $957,348.48, with interest from November 22, 1995 plus costs, on August 4, 2005 at 12:19 p.m., at 3336 Ivanhoe Street, Pittsburgh, PA 15241. Service was made via certified mail/restricted delivery, as evidenced by the attached U.S. Postal Service confirmation.

James H. Norris, Esquire
PA I.D. # 28348
Eckert Seamans Cherin & Mellott, LLC
44th Floor, 600 Grant Street
Pittsburgh, PA 15219

Sworn to and subscribed before me
this 27th day of September, 2005.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Mary Louise Duttine, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires Aug. 29, 2007
Member, Pennsylvania Association Of Notaries

{J0932687.1}

| | |
|---|---|
| LUMBERMAN'S UNDERWRITING ALLIANCE, | IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA |
| Plaintiff, | |
| v. | Civil Action No. 00-CV-1444 |
| PATRICK J. FLEMING, NORTIM CORPORATION and NORTIM PLUS CORPORATION, | (Related to C.A. No. 94-CV-1169) |
| Defendants. | |

## WRIT OF REVIVAL

To:   Patrick D. Fleming

1. You are notified that the Plaintiff has commenced a proceeding to revive and continue the lien of the judgment originally entered on November 22, 1995 at Civil Action No. 94-CV-1169 and revived at Civil Action No. 00-CV-1444.

2. The Plaintiff claims that the amount due and unpaid is $957,348.48, with interest from November 22, 1995, plus costs against Patrick J. Fleming.

3. You are required within twenty (20) days after service of this writ to file an answer or otherwise plead to this writ. If you fail to do so, judgment of revival in the amount claimed by the Plaintiff may be entered against you without a hearing and you may lose your property or other important rights.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE OR KNOW A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

{J0916151.1}

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

ALLEGHENY COUNTY BAR ASSOCIATION
414 GRANT STREET, 9th FLOOR, ROOM 920
PITTSBURGH, PENNSYLVANIA 15219
(412) 261-0518

Robert V. Barth, Jr.
Clerk of Courts

Date: 7/26/05

Returnable: 10/24/05

By: *R.V. Barth, J.*
*Edward Taylor*
(Deputy Clerk)

{J0916151.1}





**Track/Confirm - Intranet Item Inquiry**
Item Number: 7099 3400 0000 7838 1070

This item was delivered on 08/04/2005 at 12:19.





Inquire on multiple items.

Go to the Product Tracking System Home Page.