LUMBERMAN'S UNDERWRITING
ALLIANCE,

          Plaintiff,

          v.

PATRICK J. FLEMING, NORTIM
CORPORATION and NORTIM PLUS
CORPORATION,

          Defendants.

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

Civil Action No. 00-CV-1444

(Related to C.A. No. 94-CV-1169)

## AFFIDAVIT OF RETURN OF SERVICE OF WRIT OF REVIVAL

STATE OF PENNSYLVANIA    )
                         )    SS:
COUNTY OF ALLEGHENY    )

      Before me, the undersigned authority, a Notary Public, in and for said county and state

personally appeared James H. Norris, Esquire, being duly sworn according to law, deposes and

says that to the best of his knowledge, information and belief, the Defendants, Patrick J. Fleming,

Nortim Corporation, c/o Patrick J. Fleming, President and CEO, and Nortim Plus Corporation,

c/o Patrick J. Fleming, President and CEO, jointly and severally, were served with a copy of the

attached Writ of Revival in the amount of $2,000.00, with interest from September 28, 1995 plus

costs, on August 4, 2005 at 12:19 p.m., at 3336 Ivanhoe Street, Pittsburgh, PA 15241.  Service

was made via certified mail/restricted delivery, as evidenced by the attached U.S. Postal Service

confirmation.

{J0932688.1}

_[signature]_    9/27/05

James H. Norris, Esquire
PA I.D. # 28348
Eckert Seamans Cherin & Mellott, LLC
44th Floor, 600 Grant Street
Pittsburgh, PA 15219

Sworn to and subscribed before me
this 27th day of September, 2005.

_[signature]_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Mary Louise Duttine, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires Aug. 29, 2007
Member, Pennsylvania Association Of Notaries

{J0932688.1}

LUMBERMAN'S UNDERWRITING
ALLIANCE,

        Plaintiff,

        v.

PATRICK J. FLEMING, NORTIM
CORPORATION and NORTIM PLUS
CORPORATION,

        Defendants.

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

Civil Action No. 00-CV-1444

(Related to C.A. No. 94-CV-1169)

## WRIT OF REVIVAL

To:    Patrick D. Fleming
        Nortim Corporation
        Nortim Plus Corporation, Jointly and Severally

    1.    You are notified that the Plaintiff has commenced a proceeding to revive and

continue the lien of the judgment originally entered on September 28, 1995 at Civil Action No.

94-CV-1169 and revived at Civil Action No. 00-CV-1444.

    2.    The Plaintiff claims that the amount due and unpaid is $2,000.00, with interest

from September 28, 1995, plus costs against Patrick J. Fleming, Nortim Corporation and Nortim

Plus Corporation, jointly and severally.

    3.    You are required within twenty (20) days after service of this writ to file an

answer or otherwise plead to this writ. If you fail to do so, judgment of revival in the amount

claimed by the Plaintiff may be entered against you without a hearing and you may lose your

property or other important rights.

    YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO
NOT HAVE OR KNOW A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH
BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A
LAWYER.

{J0916135.1}

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

ALLEGHENY COUNTY BAR ASSOCIATION
414 GRANT STREET, 9th FLOOR, ROOM 920
PITTSBURGH, PENNSYLVANIA 15219
(412) 261-0518

Robert V. Barth, Jr.
Clerk of Courts

*R.V. Barth, J.*

Date: 7/26/05

Returnable: 10/24/05

By: *Edward Taylor*
(Deputy Clerk)

{J0916135.1}



**U.S. Postal Service**
## CERTIFIED MAIL RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To:

Patrick J. Fleming

| | | |
|---|---|---|
| Postage | $ | 37.1 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | 3.50 |
| Total Postage & Fees | $ | 7.92 |

Postmark Here

PITTSBURGH, PA GRANT ST. STA. WINDOW SERVICE USPS 2005

Name (Please Print Clearly) (to be completed by mailer)
Meri Lou Dittine, Legal Assistant

Street, Apt. No.; or PO Box No.
Eckert Seamans 44th floor

City, State, ZIP+4
600 Grant St Pgh Pa 15219

PS Form 3800, July 1999                    See Reverse for Instructions

7099 3400 0000 7838 0981



**UNITED STATES POSTAL SERVICE**

**Track/Confirm - Intranet Item Inquiry**
**Item Number: 7099 3400 0000 7838 0981**

**This Item was delivered on 08/04/2005 at 12:19.**



Delivery Section

Signature:

Enter Request Type and Item Number:

Quick Search ◉     Extensive Search ○

Explanation of Quick and Extensive Searches

Item Number:                    Submit

Inquire on multiple items.

Go to the Product Tracking System Home Page.

**U.S. Postal Service**
# CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:

*Nortin Corp*

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | 3.50 |
| Total Postage & Fees | $ 7.92 |

Postmark Here

PITTSBURGH PA GRANT ST. STA. WINDOW SERVICE
AUG 3 2005
USPS

Name (Please Print Clearly) (to be completed by mailer)
*Merilou Duttine, Legal Assistant*
Street, Apt. No.; or PO Box No.
*Eckerd Seamans 44th Floor*
City, State, Zip+4
*600 Grant St R1 Pt 15219*

PS Form 3800, July 1999            See Reverse for Instructions

7099 3400 0000 7838 4439



**Track/Confirm – Intranet Item Inquiry**
**Item Number: 7099 3400 0000 7838 4439**

**This Item was delivered on 08/04/2005 at 12:19.**



Delivery Section

Signature:



**Enter Request Type and Item Number:**

Quick Search ⊙    Extensive Search ○

Explanation of Quick and Extensive Searches

Item Number:                         Submit

**Inquire on multiple items.**

**Go to the Product Tracking System Home Page.**



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:

*Meetim Plus Corp.*

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | 3.50 |
| Total Postage & Fees | $ 7.92 |

Name (Please Print Clearly) (to be completed by mailer)
*Merrilee Outline, Legal Assistant*
Street, Apt. No.; or PO Box No.
*Eckert Seamans 44th Floor*
City, State, ZIP+4
*600 Grant St. Pgh PA 15219*

PS Form 3800, July 1999          See Reverse for Instructions

Postmark stamp: PITTSBURGH PA GRANT ST. STA WINDOW SERVICE AUG 3 2005 USPS



**Track/Confirm - Intranet Item Inquiry**
**Item Number: 7099 3400 0000 7839 9525**

**This item was delivered on 08/04/2005 at 12:19.**



**Delivery Section**

Signature:



**Enter Request Type and Item Number:**

Quick Search ◉    Extensive Search ○

Explanation of Quick and Extensive Searches

Item Number:

Submit

**Inquire on multiple items.**

**Go to the Product Tracking System Home Page.**