| | |
|---|---|
| LUMBERMAN'S UNDERWRITING ALLIANCE, | IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA |
| Plaintiff, | |
| v. | Civil Action No. 00-CV-1444 |
| PATRICK J. FLEMING, NORTIM CORPORATION and NORTIM PLUS CORPORATION, | (Related to C.A. No. 94-CV-1169) |
| Defendants. | |

### AFFIDAVIT OF RETURN OF SERVICE OF WRIT OF REVIVAL

STATE OF PENNSYLVANIA    )
                         )   SS:
COUNTY OF ALLEGHENY      )

Before me, the undersigned authority, a Notary Public, in and for said county and state personally appeared James H. Norris, Esquire, being duly sworn according to law, deposes and says that to the best of his knowledge, information and belief, the Defendants, Patrick J. Fleming, Nortim Corporation, c/o Patrick J. Fleming, President and CEO, and Nortim Plus Corporation, c/o Patrick J. Fleming, President and CEO, jointly and severally, were served with a copy of the attached Writ of Revival in the amount of $37,220.47, with interest from September 28, 1995 plus costs, on August 4, 2005 at 12:19 p.m., at 3336 Ivanhoe Street, Pittsburgh, PA 15241. Service was made via certified mail/restricted delivery, as evidenced by the attached U.S. Postal Service confirmation.

{J0932691.1}

_____ 9/27/05
James H. Norris, Esquire
PA I.D. # 28348
Eckert Seamans Cherin & Mellott, LLC
44th Floor, 600 Grant Street
Pittsburgh, PA 15219

Sworn to and subscribed before me
this _27th_ day of September, 2005.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Mary Louise Duttine, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires Aug. 29, 2007
Member, Pennsylvania Association Of Notaries

{J0932691.1}

| | |
|---|---|
| LUMBERMAN'S UNDERWRITING ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK J. FLEMING, NORTIM CORPORATION and NORTIM PLUS CORPORATION,<br><br>Defendants. | IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA<br><br>Civil Action No. 00-CV-1444<br><br>(Related to C.A. No. 94-CV-1169) |

### WRIT OF REVIVAL

To:   Patrick D. Fleming
      Nortim Corporation
      Nortim Plus Corporation, Jointly and Severally

1. You are notified that the Plaintiff has commenced a proceeding to revive and continue the lien of the judgment originally entered on September 28, 1995 at Civil Action No. 94-CV-1169 and revived at Civil Action No. 00-CV-1444.

2. The Plaintiff claims that the amount due and unpaid is $37,220.47, with interest from September 28, 1995, plus costs against Patrick J. Fleming, Nortim Corporation and Nortim Plus Corporation, jointly and severally.

3. You are required within twenty (20) days after service of this writ to file an answer or otherwise plead to this writ. If you fail to do so, judgment of revival in the amount claimed by Plaintiff may be entered against you without a hearing and you may lose your property or other important rights.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE OR KNOW A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

{J0916132.1}

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

ALLEGHENY COUNTY BAR ASSOCIATION
414 GRANT STREET, 9th FLOOR, ROOM 920
PITTSBURGH, PENNSYLVANIA 15219
(412) 261-0518

Date: 7/26/05

Returnable: 10/24/05

Robert V. Barth, Jr.
Clerk of Courts

R.V. Barth, J.

By: Edward Taylor
(Deputy Clerk)

{J0916132.1}

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7099 3400 0000 7838 0929

Article Sent To:
Patrick J. Fleming

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | 3.50 |
| Total Postage & Fees | $ 7.92 |

Postmark: PITTSBURGH, PA GRANT ST. WINDOW SERVICE USPS AUG 3 2005

Name (Please Print Clearly) (to be completed by mailer)
Merilou Duttine, Legal Assistant
Street, Apt. No.; or PO Box No.
Eckert Seamans 44th Floor
City, State, ZIP+4
606 Grant St. Pgh PA 15219

PS Form 3800, July 1999         See Reverse for Instructions



### Track/Confirm - Intranet Item Inquiry
### Item Number: 7099 3400 0000 7838 0929

This item was delivered on 08/04/2005 at 12:19.





Inquire on multiple_items.

Go to the Product Tracking System Home_Page.





**Track/Confirm - Intranet Item Inquiry**
Item Number: 7099 3400 0000 7839 8986

This item was delivered on 08/04/2005 at 12:19.





Inquire on multiple items.

Go to the Product Tracking System Home Page.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To: Nortim Plus Corp

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | 3.50 |
| Total Postage & Fees | $ 9.92 |

Postmark: PITTSBURGH, PA GRANT ST. STA. WINDOW SERVICE USPS AUG 3 2005

Name (Please Print Clearly) (to be completed by mailer)
Meri Lou Duttine, Legal Assistant
Street, Apt. No.; or PO Box No.
Eckert Seamans, 44th Floor
City, State, ZIP+4
600 Grant St. Pgh PA 15219

PS Form 3800, July 1999    See Reverse for Instructions



## Track/Confirm - Intranet Item Inquiry
### Item Number: 7099 3400 0000 7839 9136

This item was delivered on 08/04/2005 at 12:19.





Inquire on multiple items.

Go to the Product Tracking System Home Page.