IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUMBERMEN'S UNDERWRITING ALLIANCE, | ) ) ) |
| Plaintiff, | ) )  Civil Action No. 00-CV-1444 |
| v. | ) )  Judge Donetta W. Ambrose |
| PATRICK J. FLEMING, NORTIM CORPORATION and NORTIM PLUS CORPORATION, | ) )  (related to C.A. No. 94-CV-1169) ) ) ) |
| Defendants. | ) |

## REQUEST FOR DEFAULTS

TO: The Clerk of the United States District Court
for the Western District of Pennsylvania

You will please enter the defaults of the Defendants, Patrick J. Fleming, Nortim Corporation and Nortim Plus Corporation, for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the affidavit of Peter N. Pross, Esquire hereto attached.

ECKERT SEAMANS CHERIN & MELLOTT, LLC

*Peter N. Pross*
James H. Norris (Pa. I.D. No. 28348)
Peter N. Pross (Pa. I.D. No. 36890)
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
(412) 566-6000

{J0934445.1}

AND NOW, this _____ day of _____, 2005, pursuant to request to enter defaults and affidavit filed, defaults are hereby entered in the revival actions set forth in the Request for Entry of Default Judgments in Revival against Defendants, Patrick J. Fleming, Nortim Corporation and Nortim Plus Corporation, for failure to plead or otherwise defend.

_____
                                                                Clerk

{J0934445.1}

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUMBERMEN'S UNDERWRITING ALLIANCE, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 00-CV-1444 |
| v. | ) ) | Judge Donetta W. Ambrose |
| PATRICK J. FLEMING, NORTIM CORPORATION and NORTIM PLUS CORPORATION, | ) ) ) ) ) | (related to C.A. No. 94-CV-1169) |
| Defendants. | ) | |

### AFFIDAVIT FOR ENTRY OF DEFAULTS

COMMONWEALTH OF PENNSYLVANIA   )
                              )  SS:
COUNTY OF ALLEGHENY           )

    Peter N. Pross, Esquire, with the law firm of Eckert Seamans Cherin & Mellott, LLC, being duly sworn says that he and the firm are attorneys for Plaintiff in the above-entitled action; that the Writs of Revival in the amounts set forth in the Request for Entry of Default Judgments in Revival were served August 4, 2005 on Defendants, Patrick J. Fleming, Nortim Corporation and Nortim Plus Corporation; that service was made on August 4, 2005; that the time within which Defendants may answer or otherwise move as to the Writs of Revival has expired; that the Defendants have not answered or otherwise moved and that the time for Defendants to answer or otherwise move has not been extended; that the amounts set forth in the Request for Entry of Default Judgments in Revival are due and owing and that said amounts have not been paid.

_Peter N. Pross_  10/3/05
Peter N. Pross

Sworn to and subscribed before me
this 3rd day of October, 2005.

_Mary Louise Duttine_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Mary Louise Duttine, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires Aug. 29, 2007
Member, Pennsylvania Association Of Notaries

{J0934445.1}