LUMBERMAN'S UNDERWRITING
ALLIANCE,

        Plaintiff,

        v.

PATRICK J. FLEMING, NORTIM
CORPORATION and NORTIM PLUS
CORPORATION,

        Defendants.

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

Civil Action No. 00-CV-1444

(Related to C.A. No. 94-CV-1169)

## IMPORTANT NOTICE

TO:   Patrick J. Fleming
      ($957,348.48 with interest from November 22, 1995, plus costs)

Date of Notice: September 13, 2005

    YOU ARE IN DEFAULT BECAUSE YOU HAVE FAILED TO ENTER A WRITTEN
APPEARANCE PERSONALLY OR BY ATTORNEY AND FILE IN WRITING WITH THE
COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST
YOU. UNLESS YOU ACT WITHIN TEN DAYS FROM THE DATE OF THIS NOTICE, A
JUDGMENT MAY BE ENTERED AGAINST YOU WITHOUT A HEARING AND YOU
MAY LOSE YOUR PROPERTY OR OTHER IMPORTANT RIGHTS. YOU SHOULD TAKE
THIS NOTICE TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO
TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE
YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO
PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL
SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

LAWYER REFERRAL SERVICE:

ALLEGHENY COUNTY BAR ASSOCIATION
920 City County Building
Pittsburgh, PA 15219
412-261-0518

{J0928602.1}

**Exhibit A**

**ECKERT SEAMANS**

600 GRANT ST
15219



CERTIFIED MAIL

7099 3400 0000 7839 9679

Patrick J. Fleming
3336 Ivanhoe Street
Pittsburgh, PA 15211

Certifie─
S─

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD
☑ OTHER



RETURN TO SENDER

RTS

---

**U.S. POSTAL SERVICE**

**CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE-POSTMASTER

Received From:

~Received From:~

Eckert Seamans
44th Fl 600 Grant St
Patricia J Fleming
3336 Ivanhoe St
Pa Pa 15241

One piece of ordinary mail addressed to:

PS Form 3817, January 2001

ECKERT SEAMANS CHERIN & MELLOTT, LLC

BY REGULAR U.S. MAIL
AND CERTIFIED MAIL

By: _____
James H. Norris
Attorneys for Plaintiff
44th Floor, 600 Grant Street
Pittsburgh, PA 15219
(412) 566-6000

{J0928604.1}

LUMBERMAN'S UNDERWRITING
ALLIANCE,

      Plaintiff,

      v.

PATRICK J. FLEMING, NORTIM
CORPORATION and NORTIM PLUS
CORPORATION,

      Defendants.

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

Civil Action No. 00-CV-1444

(Related to C.A. No. 94-CV-1169)

## IMPORTANT NOTICE

TO:    Nortim Corporation
        Nortim Plus Corporation, Jointly and Severally
        ($3,729,901.71 with interest from November 22, 1995, plus costs)

Date of Notice:  September 13, 2005

      YOU ARE IN DEFAULT BECAUSE YOU HAVE FAILED TO ENTER A WRITTEN
APPEARANCE PERSONALLY OR BY ATTORNEY AND FILE IN WRITING WITH THE
COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST
YOU.  UNLESS YOU ACT WITHIN TEN DAYS FROM THE DATE OF THIS NOTICE, A
JUDGMENT MAY BE ENTERED AGAINST YOU WITHOUT A HEARING AND YOU
MAY LOSE YOUR PROPERTY OR OTHER IMPORTANT RIGHTS.  YOU SHOULD TAKE
THIS NOTICE TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER, GO
TO OR TELEPHONE THE OFFICE SET FORTH BELOW.  THIS OFFICE CAN PROVIDE
YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO
PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL
SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

LAWYER REFERRAL SERVICE:

ALLEGHENY COUNTY BAR ASSOCIATION
920 City County Building
Pittsburgh, PA 15219
412-261-0518

{J0928604.1}

ECKERT SEAMANS CHERIN & MELLOTT, LLC

BY REGULAR U.S. MAIL
AND CERTIFIED MAIL

By: _____

James H. Norris
Attorneys for Plaintiff
44th Floor, 600 Grant Street
Pittsburgh, PA 15219
(412) 566-6000

{J0928604.1}



ECKERT
SEAMANS

600 GRANT ST
1537

a-14

Refused
4168 DW

CERTIFIED MAIL

7099 3400 0000 7839 9259

Nortim Plus Corporation
c/o Patrick J. Fleming, President/CEO
3336 Ivanhoe Street
Pittsburgh

Certified    A ☐ INSUFFICIENT ADDRESS
    C ☐ ATTEMPTED NOT KNOWN
    ☐ NO SUCH NUMBER/STREET
    S ☐ NOT DELIVERABLE AS ADDRESSED
    ☐ UNABLE TO FORWARD
    ☑ OTHER

Refused

RETURN TO SENDER

RTS

PITTSBURGH PA
SEP 13 05
PB METER
7042772    = 4 42 =    U.S. POSTAGE

U.S. POSTAL SERVICE
CERTIFICATE OF MAILING
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:

One piece of ordinary mail addressed to:

PS Form 3817, January 2001

PITTSBURGH PA
SEP 13 05

PB METER
7042772

U.S. POSTAGE
$0.90



ECKERT
SEAMAN

600 GRANT ST
15219

CERTIFIED MAIL™

7003 3110 0004 4157 4064

Nortim Corporation
c/o Patrick J. Fleming, President/CEO
3336 Ivanhoe Street
Pittsbur

Certifie
A □ □ INSUFFICIENT ADDRESS
C □ □ ATTEMPTED NOT KNOWN
S □ □ NO SUCH NUMBER/ STREET
  □ □ NOT DELIVERABLE AS ADDRESSED
  □ □ UNABLE TO FORWARD

☑ OTHER

RETURN TO SENDER
RTS

PITTSBURGH
PA
PB METER
7042772
U.S. POSTAGE
= 4.2 =

SEP. 13 05

U.S. POSTAL SERVICE
CERTIFICATE OF MAILING
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT
PROVIDE FOR INSURANCE-POSTMASTER

Received From:

One piece of ordinary mail addressed to:

PS Form 3817, January 2001

PITTSBURGH
PA
SEP 13 05

PB METER
7042772
PA
U.S. POSTAGE
$ 0.90

LUMBERMAN'S UNDERWRITING
ALLIANCE,

        Plaintiff,

        v.

PATRICK J. FLEMING, NORTIM
CORPORATION and NORTIM PLUS
CORPORATION,

        Defendants.

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

Civil Action No. 00-CV-1444

(Related to C.A. No. 94-CV-1169)

## IMPORTANT NOTICE

TO:    Patrick J. Fleming
        Nortim Corporation
        Nortim Plus Corporation, Jointly and Severally
        ($2,000 with interest from September 28, 1995, plus costs)

Date of Notice:  September 13, 2005

      YOU ARE IN DEFAULT BECAUSE YOU HAVE FAILED TO ENTER A WRITTEN
APPEARANCE PERSONALLY OR BY ATTORNEY AND FILE IN WRITING WITH THE
COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST
YOU.  UNLESS YOU ACT WITHIN TEN DAYS FROM THE DATE OF THIS NOTICE, A
JUDGMENT MAY BE ENTERED AGAINST YOU WITHOUT A HEARING AND YOU
MAY LOSE YOUR PROPERTY OR OTHER IMPORTANT RIGHTS.  YOU SHOULD TAKE
THIS NOTICE TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER, GO
TO OR TELEPHONE THE OFFICE SET FORTH BELOW.  THIS OFFICE CAN PROVIDE
YOU WITH INFORMATION ABOUT HIRING A LAWYER.

      IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO
PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL
SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

LAWYER REFERRAL SERVICE:

ALLEGHENY COUNTY BAR ASSOCIATION
920 City County Building
Pittsburgh, PA 15219
412-261-0518

ECKERT SEAMANS CHERIN & MELLOTT, LLC

BY REGULAR U.S. MAIL
AND CERTIFIED MAIL

By: _____
James H. Norris
Attorneys for Plaintiff
44th Floor, 600 Grant Street
Pittsburgh, PA 15219
(412) 566-6000

{J0928604.1}

**ECKERT SEAMANS**

600 GRANT ST

15219



CERTIFIED MAIL

7099 3400 0000 7839 9228

PB METER
7042772
U.S. POSTAGE
$4.42

SEP 13 2005
PITTSBURGH PA

RETURN RECEIPT
REQUESTED

Nortim Plus Corporation
c/o Patrick J. Fleming, President/CEO
3336 Ivanhoe Street
Pittsburgh, PA

Certified No. 
Certified No. 



☐ A  INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD
☐ OTHER



RTS
RETURN TO SENDER



U.S. POSTAL SERVICE

CERTIFICATE OF MAILING

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL; DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:

PS Form 3817, January 2001

PB METER
7042772
U.S. POSTAGE
$ 00.90

PITTSBURGH
PA
SEP 13 05

ECKERT
SEAMANS

600 Grant St
15219

CERTIFIED MAIL

7003 3110 0004 4157 4071



Nortim Corporation
c/o Patrick J. Fleming, President/CEO
3336 Ivanhoe Street
Pittsburgh

Certified

A.
Certified
S.

INSUFFICIENT ADDRESS
ATTEMPTED NOT KNOWN
NO SUCH NUMBER / STREET
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
OTHER

RETURN TO SENDER

RTS



U.S. POSTAL SERVICE

CERTIFICATE OF MAILING

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:

One piece of ordinary mail addressed to:

PS Form 3817, January 2001

PB METER
7042772

PA

$ 0.90

U.S. POSTAGE

PITTSBURGH

SEP 13 05

PB METER
7042772

PA

$ 4.42

U.S. POSTAGE

PITTSBURGH
SEP 13 05

ECKERT SEAMAN

600 GRANT ST

15219

7099 3400 0000 7839 9372

CERTIFIED MAIL

Patrick J. Fleming
3336 Ivanhoe Street
Pittsburgh, PA 15241

Certified

☐ INSUFFICIENT ADDRESS
☒ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ OTHER
☐ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD

RETURN TO SENDER

RTS



PITTSBURGH PA
SEP 13 05
PB METER
7042772
U.S. POSTAGE
= 4.42 =

PS Form 3817, January 2001

U.S. POSTAL SERVICE

CERTIFICATE OF MAILING

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:

Eckert Seamans Cherin
4th Floor 600 Grant Street

One piece of ordinary mail addressed to:

Patrick J. Fleming
3336 Ivanhoe Street
15a Pa 15241

PITTSBURGH PA
SEP 13 2005

PB METER
7042772
U.S. POSTAGE
= 0.90 =

LUMBERMAN'S UNDERWRITING
ALLIANCE,

        Plaintiff,

     v.

PATRICK J. FLEMING, NORTIM
CORPORATION and NORTIM PLUS
CORPORATION,

        Defendants.

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

Civil Action No. 00-CV-1444

(Related to C.A. No. 94-CV-1169)

## IMPORTANT NOTICE

TO:    Patrick J. Fleming
       Nortim Corporation
       Nortim Plus Corporation, Jointly and Severally
       ($98,417.06 with interest from October 10, 1995, plus costs)

Date of Notice: September 13, 2005

     YOU ARE IN DEFAULT BECAUSE YOU HAVE FAILED TO ENTER A
WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILE IN WRITING
WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH
AGAINST YOU.  UNLESS YOU ACT WITHIN TEN DAYS FROM THE DATE OF THIS
NOTICE, A JUDGMENT MAY BE ENTERED AGAINST YOU WITHOUT A HEARING
AND YOU MAY LOSE YOUR PROPERTY OR OTHER IMPORTANT RIGHTS.  YOU
SHOULD TAKE THIS NOTICE TO YOUR LAWYER AT ONCE.  IF YOU DO NOT
HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW.  THIS
OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO
PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER
LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

LAWYER REFERRAL SERVICE:

ALLEGHENY COUNTY BAR ASSOCIATION
920 City County Building
Pittsburgh, PA 15219
412-261-0518

ECKERT SEAMANS CHERIN & MELLOTT, LLC

BY REGULAR U.S. MAIL
AND CERTIFIED MAIL

By:_____

James H. Norris
Attorneys for Plaintiff
44th Floor, 600 Grant Street
Pittsburgh, PA 15219
(412) 566-6000

{J0928604.1}





ECKERT
SEAMANS

600 GRANT ST

15219

CERTIFIED MAIL

RETURN RECEIPT REQUESTED

7099 3400 0000 7838 0806

Nortin Plus Corporation
c/o Patrick J. Fleming, President/CEO
3336 Ivanhoe Street
Pittsburg

Certified Mail

A □ □ INSUFFICIENT ADDRESS
C □ □ ATTEMPTED NOT KNOWN
S □ □ NO SUCH NUMBER/ STREET
□ □ NOT DELIVERABLE AS ADDRESSED
□ OTHER □ UNABLE TO FORWARD



RTS
RETURN TO SENDER

U.S. POSTAL SERVICE

CERTIFICATE OF MAILING

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:



One piece of ordinary mail addressed to:

PS Form 3817, January 2001

PB METER 7042777
U.S. POSTAGE

PITTSBURGH PA
SEP 13 '05

= 0 90 =

PB METER 7042772
U.S. POSTAGE

PITTSBURGH PA
SEP 13 '05

= 4 42 =

ECKERT SEAMANS

600 GRANT ST
15219

CERTIFIED MAIL

RETURN RECEIPT
REQUESTED

7003 3110 0004 4357 4057

Nortim Corporation
c/o Patrick J. Fleming, President/CEO
3336 Ivanhoe Street
Pittsburgh,

Certified
A ☐ INSUFFICIENT ADDRESS
C ☐ ATTEMPTED NOT KNOWN
S ☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD
☐ OTHER

RTS
RETURN TO SENDER

PITTSBURGH PA
SEP 30 '05
PB METER
7042777

U.S. POSTAGE
$4.42

PS Form 3817, January 2001

U.S. POSTAL SERVICE
CERTIFICATE OF MAILING

MAY BE USED FOR DOMESTIC AND
INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:

Eckert Seamans

One piece of ordinary mail addressed to:

Nortim Corporation
3336 Ivanhoe Street

PITTSBURGH PA
SEP 30 '05

PB METER
7042777

U.S. POSTAGE
$0.60





ECKERT
SEAMANS

600 Grant St
15219

CERTIFIED MAIL

RETURN RECEIPT
REQUESTED

7099 3400 0000 7839 9341

Patrick J. Fleming
3336 Ivanhoe Street
Pittsburgh, PA 15214

Certified

A ☐ INSUFFICIENT ADDRESS
B ☐ ATTEMPTED NOT KNOWN
C ☐ ADDRESS/NUMBER/STREET
D ☐ NOT DELIVERABLE AS ADDRESSED
☑ OTHER
- UNABLE TO FORWARD

RTS
RETURN TO SENDER

PB
METER
7042772
PA
SEP 13 2005
U.S. POSTAGE
$4.42

U.S. POSTAL SERVICE
CERTIFICATE OF MAILING
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received from:

PS Form 3817, January 2001

PB
METER
7042772
PA
$0.90
U.S. POSTAGE

LUMBERMAN'S UNDERWRITING
ALLIANCE,

        Plaintiff,

      v.

PATRICK J. FLEMING, NORTIM
CORPORATION and NORTIM PLUS
CORPORATION,

        Defendants.

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

Civil Action No. 00-CV-1444

(Related to C.A. No. 94-CV-1169)

## IMPORTANT NOTICE

TO:    Patrick J. Fleming
       Nortim Corporation
       Nortim Plus Corporation, Jointly and Severally
       ($41,772.70 with interest from August 18, 1995, plus costs)

Date of Notice: September 13, 2005

    YOU ARE IN DEFAULT BECAUSE YOU HAVE FAILED TO ENTER A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILE IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. UNLESS YOU ACT WITHIN TEN DAYS FROM THE DATE OF THIS NOTICE, A JUDGMENT MAY BE ENTERED AGAINST YOU WITHOUT A HEARING AND YOU MAY LOSE YOUR PROPERTY OR OTHER IMPORTANT RIGHTS. YOU SHOULD TAKE THIS NOTICE TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

    IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

LAWYER REFERRAL SERVICE:

ALLEGHENY COUNTY BAR ASSOCIATION
920 City County Building
Pittsburgh, PA 15219
412-261-0518

ECKERT SEAMANS CHERIN & MELLOTT, LLC

BY REGULAR U.S. MAIL
AND CERTIFIED MAIL

By: _____
James H. Norris
Attorneys for Plaintiff
44th Floor, 600 Grant Street
Pittsburgh, PA 15219
(412) 566-6000

{J0928604.1}

ECKERT
SEAMANS

600 GRANT ST

15219

RETURN RECEIPT
REQUESTED

CERTIFIED MAIL

7099 3400 0000 7839 7071

Nortim Plus Corporation
c/o Patrick J. Fleming, President/CEO
3336 Ivanhoe Street
Pittsburgh

Certified

C
S

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD
☑ OTHER

RTS
RETURN TO SENDER



PITTSBURGH
PA
SEP 30 05
PB METER
7042772

U.S. POSTAGE
= 4.42 =

U.S. POSTAL SERVICE

CERTIFICATE OF MAILING

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received from:

Shirley Guthrie
Eckert Seamans cherin
420 Fl, 600 Grant Street
c/o Patrick J. Fleming
3336 Ivanhoe Street
Pgh, Pa 15241

One piece of ordinary mail addressed to:
Nortim Plus Corporation

PS Form 3817, January 2001

14

U.S. POSTAGE
0.90
PB METER
7042772
PA

PITTSBURGH PA GRANT ST. STA.

SH 1705
PITTSBURGH
PA

ECKERT SEAMANS

600 Grant St
15219

CERTIFIED MAIL

7003 3110 0004 4157 4040

RETURN RECEIPT REQUESTED

Nortim Corporation
c/o Patrick J. Fleming, President/CEO
3336 Ivanhoe Street
Pittsbu

Certif

A — INSUFFICIENT ADDRESS
C — ATTEMPTED NOT KNOWN
— NO SUCH NUMBER/ STREET
S — NOT DELIVERABLE AS ADDRESSED
— UNABLE TO FORWARD
OTHER

RTS
RETURN TO SENDER

PITTSBURGH PA
SEP 13 2005
PB METER
7042771
U.S. POSTAGE
4.42

U.S. POSTAL SERVICE
CERTIFICATE OF MAILING

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:

One piece of ordinary mail addressed to:

PS Form 3817, January 2001

PB METER 7042771 U.S. POSTL
PA
0.60
PITTSBURGH
SEP 13 05





LUMBERMAN'S UNDERWRITING
ALLIANCE,

        Plaintiff,

        v.

PATRICK J. FLEMING, NORTIM
CORPORATION and NORTIM PLUS
CORPORATION,

        Defendants.

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

Civil Action No. 00-CV-1444

(Related to C.A. No. 94-CV-1169)

## IMPORTANT NOTICE

TO:    Patrick J. Fleming
       Nortim Corporation
       Nortim Plus Corporation, Jointly and Severally
       ($37,220.47 with interest from September 28, 1995, plus costs)

Date of Notice:  September 13, 2005

      YOU ARE IN DEFAULT BECAUSE YOU HAVE FAILED TO ENTER A WRITTEN
APPEARANCE PERSONALLY OR BY ATTORNEY AND FILE IN WRITING WITH THE
COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST
YOU. UNLESS YOU ACT WITHIN TEN DAYS FROM THE DATE OF THIS NOTICE, A
JUDGMENT MAY BE ENTERED AGAINST YOU WITHOUT A HEARING AND YOU
MAY LOSE YOUR PROPERTY OR OTHER IMPORTANT RIGHTS. YOU SHOULD TAKE
THIS NOTICE TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO
TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE
YOU WITH INFORMATION ABOUT HIRING A LAWYER.

      IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO
PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL
SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

LAWYER REFERRAL SERVICE:

ALLEGHENY COUNTY BAR ASSOCIATION
920 City County Building
Pittsburgh, PA 15219
412-261-0518

{J0928599.1}

ECKERT SEAMANS CHERIN & MELLOTT, LLC

BY REGULAR U.S. MAIL
AND CERTIFIED MAIL

By: _____
       James H. Norris
       Attorneys for Plaintiff
       44th Floor, 600 Grant Street
       Pittsburgh, PA 15219
       (412) 566-6000

{J0928604.1}





RETURN TO SENDER

RTS

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER / STREET
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD
☑ OTHER

Patrick J. Fleming
3336 Ivanhoe Street
Pittsburgh, PA 15241

CERTIFIED MAIL

7099 3400 0000 7839 9280

RETURN RECEIPT
REQUESTED

ECKERT
SEAMAN
600 GRANT ST
15219

U.S. POSTAGE
≡ 4.42 ≡
PB METER
7042777

PITTSBURGH
SEP 13 05
PA

U.S. POSTAGE
≡ 0.90 ≡
PB METER
7042777

PITTSBURGH
SEP 13 05
PA

U.S. POSTAL SERVICE
CERTIFICATE OF MAILING
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT
PROVIDE FOR INSURANCE-POSTMASTER

Received From:

One piece of ordinary mail addressed to:

PS Form 3817, January 2001

ECKERT
SEAMANS

600 GRANT ST
15219

CERTIFIED MAIL™

7003 3110 0004 4157 4033

Nortim Corporation
c/o Patrick J. Fleming, President/CEO
3336 Ivanhoe Street
Pittsb...

RETURN TO SENDER

RTS

Certi...
☐ A. INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD
☐ C
☐ S
☐ OTHER

PITTSBURGH PA
SEP 13 05
PB METER
7042772
U.S. POSTAGE
$4.42

**U.S. POSTAL SERVICE**
**CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:

One piece of ordinary mail addressed to:

PS Form 3817, January 2001

SEP 13 2005
USPS

$0.90
U.S. POSTAGE
PITTSBURGH PA
SEP 13 05
PB METER
7042772

ECKERT SEAMANS

600 Grant St
15219

CERTIFIED MAIL

7099 3400 0000 7839 5461

RETURN RECEIPT REQUESTED

Nortim Plus Corporation
c/o Patrick J. Fleming, President/CEO
3336 Ivanhoe Street
Pittsburgh



PITTSBURGH PA
PB METER 7042772
FEB 2005
U.S. POSTAGE $4.42



RTS
RETURN TO SENDER

Certified Mail Receipt

☐ A  ☐ INSUFFICIENT ADDRESS
☐ C  ☐ ATTEMPTED NOT KNOWN
☐ S  ☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD
☒ OTHER



U.S. POSTAL SERVICE
CERTIFICATE OF MAILING

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE—POSTMASTER

Received From:
Eckert Seamans
44th Floor 600 Grant St
Pittsburgh Pa 15219

One piece of ordinary mail addressed to:
Nortim Plus Corp
c/o Patrick Fleming
3336 Ivanhoe Street
Pgh Pa 15241

PS Form 3817, January 2001

PITTSBURGH PA
SEP 13 2005

PB METER 7042772 PA
U.S. POSTAGE $0.90