AND NOW, this _6th_ day of _October_, 2005, pursuant to request to enter defaults and affidavit filed, defaults are hereby entered in the revival actions set forth in the Request for Entry of Default Judgments in Revival against Defendants, Patrick J. Fleming, Nortim Corporation and Nortim Plus Corporation, for failure to plead or otherwise defend.

_____
Clerk

{J0934445.1}