IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUMBERMEN'S UNDERWRITING ALLIANCE, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 00-CV-1444 |
| v. | ) ) | Judge Donetta W. Ambrose |
| PATRICK J. FLEMING, NORTIM CORPORATION and NORTIM PLUS CORPORATION, | ) ) ) ) | (related to C.A. No. 94-CV-1169) |
| Defendants. | ) ) | |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of Peter N. Pross of the law firm of Eckert Seamans Cherin & Mellott, LLC as counsel of record on behalf of Plaintiff in the captioned matter.

ECKERT SEAMANS CHERIN & MELLOTT, LLC

By: *Peter N. Pross*
Peter N. Pross
Pa. I.D. No. 36890
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
(412) 566-6000

Attorneys for Plaintiff

Dated: October 10, 2005

{J0936612.1}