IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUMBERMEN'S UNDERWRITING ALLIANCE,<br><br>    Plaintiff,<br><br>    v.<br><br>PATRICK J. FLEMING, NORTIM CORPORATION and NORTIM PLUS CORPORATION,<br><br>    Defendants. | Civil Action No. 00-CV-1444<br><br>Judge Donetta W. Ambrose<br><br>(related to C.A. No. 94-CV-1169) |

## REQUEST FOR DEFAULT JUDGMENTS IN REVIVAL

To the Clerk of the United States District Court
 for the Western District of Pennsylvania

    Upon the affidavit attached hereto, you will please enter judgments by default in revival against the following Defendants in the above entitled action for the following amounts:

    (i)    Patrick J. Fleming, Nortim Corporation and Nortim Plus Corporation, jointly and severally, in the amount of Forty-one Thousand Seven Hundred Seventy-two and 70/100 Dollars ($41,772.70), with interest from August 18, 1995, plus costs;

    (ii)    Patrick J. Fleming, Nortim Corporation and Nortim Plus Corporation, jointly and severally, in the amount of Thirty-seven Thousand Two Hundred Twenty and 47/100 Dollars ($37,220.47), with interest from September 28, 1995, plus costs;

{J0936539.1}

(iii) Patrick J. Fleming, Nortim Corporation and Nortim Plus Corporation, jointly and severally, in the amount of Two Thousand Dollars ($2,000.00), with interest from September 28, 1995, plus costs;

(iv) Patrick J. Fleming, Nortim Corporation and Nortim Plus Corporation, jointly and severally, in the amount of Ninety-eight Thousand Four Hundred Seventeen and 06/100 Dollars ($98,417.06), with interest from October 10, 1995, plus costs.

(v) Nortim Corporation and Nortim Plus Corporation ONLY, jointly and severally, in the amount of Three Million Seven Hundred Twenty-nine Thousand Nine Hundred One and 71/100 ($3,729,901.71), with interest from November 22, 1995, plus costs; and

(vi) Patrick J. Fleming ONLY in the amount of Nine Hundred Fifty-seven Thousand Three Hundred Forty-eight and 48/100 Dollars ($957,348.48), with interest from November 22, 1995, plus costs.

    ECKERT SEAMANS CHERIN & MELLOTT, LLC

By: *Peter N. Pross*
James H. Norris
Pa. I.D. No. 28348
Peter N. Pross
Pa. I.D. No. 36890
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
(412) 566-6000

Attorneys for Plaintiff

Dated: *October 10, 2005*

{J0936539.1}