## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Request for Default Judgments in Revival was served on the following by first-class U.S. mail, postage prepaid, this 10th day of October, 2005.

>Patrick J. Fleming
>3336 Ivanhoe Street
>Pittsburgh, PA 15241
>
>Nortim Corporation
>c/o Patrick J. Fleming, President/CEO
>3336 Ivanhoe Street
>Pittsburgh, PA 15241
>
>Nortim Plus Corporation
>c/o Patrick J. Fleming, President/CEO
>3336 Ivanhoe Street
>Pittsburgh, PA 15241

_____
Peter N. Pross

2

{J0936572.1}