IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUMBERMEN'S UNDERWRITING ALLIANCE,<br><br>    Plaintiff,<br><br>v.<br><br>PATRICK J. FLEMING, NORTIM CORPORATION and NORTIM PLUS CORPORATION,<br><br>    Defendants. | Civil Action No. 00-CV-1444<br><br>Judge Donetta W. Ambrose<br><br>(related to C.A. No. 94-CV-1169) |

### AFFIDAVIT FOR DEFAULT JUDGMENTS IN REVIVAL

COMMONWEALTH OF PENNSYLVANIA ) 
                                                         ) SS:
COUNTY OF ALLEGHENY            )

     Peter N. Pross, being duly sworn, says that he is Attorney for Plaintiff in the above-entitled action; that the amounts due to Plaintiff from Defendants are as listed below; that Defendants are not an infant or incompetent person; that the defaults of the Defendants have been entered for failure to appear in the action; that the amounts shown are justly due and owing and that no part thereof has been paid; and that the defendants are not in the military service of the United States.

     (i)    Patrick J. Fleming, Nortim Corporation and Nortim Plus Corporation, jointly and severally, in the amount of Forty-one Thousand Seven Hundred Seventy-two and 70/100 Dollars ($41,772.70), with interest from August 18, 1995, plus costs;

{J0936550.1}

(ii) Patrick J. Fleming, Nortim Corporation and Nortim Plus Corporation, jointly and severally, in the amount of Thirty-seven Thousand Two Hundred Twenty and 47/100 Dollars ($37,220.47), with interest from September 28, 1995, plus costs;

(iii) Patrick J. Fleming, Nortim Corporation and Nortim Plus Corporation, jointly and severally, in the amount of Two Thousand Dollars ($2,000.00), with interest from September 28, 1995, plus costs;

(iv) Patrick J. Fleming, Nortim Corporation and Nortim Plus Corporation, jointly and severally, in the amount of Ninety-eight Thousand Four Hundred Seventeen and 06/100 Dollars ($98,417.06), with interest from October 10, 1995, plus costs.

(v) Nortim Corporation and Nortim Plus Corporation ONLY, jointly and severally, in the amount of Three Million Seven Hundred Twenty-nine Thousand Nine Hundred One and 71/100 ($3,729,901.71), with interest from November 22, 1995, plus costs; and

(vi) Patrick J. Fleming ONLY in the amount of Nine Hundred Fifty-seven Thousand Three Hundred Forty-eight and 48/100 Dollars ($957,348.48), with interest from November 22, 1995, plus costs.

_____
Peter N. Pross

Sworn to and subscribed before me
this 10th day of October,
2005.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Mary Louise Duttine, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires Aug. 29, 2007
Member, Pennsylvania Association Of Notaries

{J0936550.1}