IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUMBERMEN'S UNDERWRITING ALLIANCE,<br><br>      Plaintiff,<br><br>v.<br><br>PATRICK J. FLEMING, NORTIM CORPORATION and NORTIM PLUS CORPORATION,<br><br>      Defendants. | Civil Action No. 00-CV-1444<br><br>Judge Donetta W. Ambrose<br><br>(related to C.A. No. 94-CV-1169) |

## JUDGMENTS

Defendants, Patrick J. Fleming, Nortim Corporation and Nortim Plus Corporation, having failed to plead or otherwise defend in this action and defaults having been entered,

NOW, upon application of the Plaintiff and upon affidavit that Defendants are indebted to the Plaintiff in the sums listed below, that Defendants are not an infant or incompetent person and not in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED, that Plaintiff recover of Defendants the sums listed below, plus costs of this suit.

    (i)    revival of judgment against Patrick J. Fleming, Nortim Corporation and Nortim Plus Corporation, jointly and severally, in the amount of Forty-one Thousand Seven Hundred Seventy-two and 70/100 Dollars ($41,772.70), with interest from August 18, 1995, plus costs;

{J0936533.1}

(ii) revival of judgment against Patrick J. Fleming, Nortim Corporation and Nortim Plus Corporation, jointly and severally, in the amount of Thirty-seven Thousand Two Hundred Twenty and 47/100 Dollars ($37,220.47), with interest from September 28, 1995, plus costs;

(iii) revival of judgment against Patrick J. Fleming, Nortim Corporation and Nortim Plus Corporation, jointly and severally, in the amount of Two Thousand Dollars ($2,000.00), with interest from September 28, 1995, plus costs;

(iv) revival of judgment against Patrick J. Fleming, Nortim Corporation and Nortim Plus Corporation, jointly and severally, in the amount of Ninety-eight Thousand Four Hundred Seventeen and 06/100 Dollars ($98,417.06), with interest from October 10, 1995, plus costs.

(v) revival of judgment against Nortim Corporation and Nortim Plus Corporation ONLY, jointly and severally, in the amount of Three Million Seven Hundred Twenty-nine Thousand Nine Hundred One and 71/l00 ($3,729,901.71), with interest from November 22, 1995, plus costs; and

(vi) revival of judgment against Patrick J. Fleming ONLY in the amount of Nine Hundred Fifty-seven Thousand Three Hundred Forty-eight and 48/100 Dollars ($957,348.48), with interest from November 22, 1995, plus costs.

                                                                                                                    _____
                                                                                                                              Clerk

Dated:_____

{J0936533.1}