## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Request for Default Judgments in Revival was served on the following by first-class U.S. mail, postage prepaid, this 10th day of October, 2005.

> Patrick J. Fleming
> 3336 Ivanhoe Street
> Pittsburgh, PA 15241
>
> Nortim Corporation
> c/o Patrick J. Fleming, President/CEO
> 3336 Ivanhoe Street
> Pittsburgh, PA 15241
>
> Nortim Plus Corporation
> c/o Patrick J. Fleming, President/CEO
> 3336 Ivanhoe Street
> Pittsburgh, PA 15241

*/s/ Peter N. Pross*
Peter N. Pross