IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUMBERMEN'S UNDERWRITING ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK J. FLEMING, NORTIM CORPORATION and NORTIM PLUS CORPORATION,<br><br>Defendants. | Civil Action No. 00-CV-1444<br><br>Judge Donetta W. Ambrose<br><br>(related to C.A. No. 94-CV-1169) |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached Judgment was served on the following by first-class U.S. Mail, postage prepaid, the 17th day of October, 2005.

Patrick J. Fleming
3336 Ivanhoe Street
Pittsburgh, PA 15241

Nortim Corporation
c/o Patrick J. Fleming, President/CEO
3336 Ivanhoe Street
Pittsburgh, PA 15241

Nortim Plus Corporation
c/o Patrick J. Fleming, President/CEO
3336 Ivanhoe Street
Pittsburgh, PA 15241

Peter N. Pross

Dated: 10/19/05

{J0938576.1}